# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LASHAWNDA PORTER, individually and on behalf of all others similarly situated, | ) ) ) | No. 1:18-cv-01700 |
| | ) | Judge John Z. Lee |
| Plaintiff, | ) ) | Magistrate Judge Maria Valdez |
| v. | ) ) ) | |
| WIDEOPENWEST, INC., WIDEOPENWEST ILLINOIS, LLC, and WIDEOPENWEST ILLINOIS, INC., | ) ) ) ) | JURY DEMANDED |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and L.R. 26.2, the parties respectfully request that this Court enter the attached Agreed Confidentiality Order.

Dated: May 16, 2018

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| /s/ Thomas M. Ryan | /s/ Matthew S. Disbrow |
| Thomas M. Ryan<br>Law Office of Thomas M. Ryan<br>35 East Wacker Drive<br>Suite 650<br>Chicago, IL 60601<br>(312) 726-3400<br>tom@tomryanlaw.com<br>James X. Bormes<br>Catherine P. Sons<br>Law Office of James X. Bormes, P.C.<br>8 South Michigan Avenue<br>Suite 2600<br>Chicago, IL 60603<br>(312) 201-0575<br>jxbormes@bormeslaw.com<br><br>*Counsel for Plaintiff* | Matthew S. Disbrow<br>Sean F. Crotty<br>Matthew Radler<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7000<br>mdisbrow@honigman.com<br>scrotty@honigman.com<br>maradler@honigman.com<br><br>Anand C. Mathew<br>Honigman Miller Schwartz and Cohn LLP<br>155 N. Wacker Drive, Suite 3100<br>Chicago, IL 60606<br>(312) 701-9339<br>amathew@honigman.com<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on this 16th day of May, 2018, he caused the foregoing Joint Motion for Entry of Agreed Confidentiality Order to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Matthew S. Disbrow
Sean F. Crotty
Matthew Radler
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
mdisbrow@honigman.com
scrotty@honigman.com
mradler@honigman.com

Anand C. Mathew
Honigman Miller Schwartz and Cohn LLP
155 N. Wacker Drive, Suite 3100
Chicago, IL 60606
amathew@honigman.com

/s/ Thomas M. Ryan
One of Plaintiff's Attorneys