# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

LaShawnda Porter
                              Plaintiff,

v.                                                  Case No.: 1:18−cv−01700
                                                    Honorable John Z. Lee

WideOpenWest, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2018:

    MINUTE entry before the Honorable John Z. Lee: Status hearing held on 11/20/18. Plaintiff's motion and memorandum for approval of the parties' FLSA collective action settlement [51] is granted. The parties should submit a revised proposed order and contact the courtroom deputy when they have done so. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.