IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LASHAWNDA PORTER, individually and on behalf of all others similarly situated, | ) ) ) | No. 1:18-cv-01700 |
| | ) | Judge John Z. Lee |
| Plaintiff, | ) ) | Magistrate Judge Maria Valdez |
| v. | ) ) | |
| WIDEOPENWEST, INC., WIDEOPENWEST ILLINOIS, LLC, and WIDEOPENWEST ILLINOIS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## APPROVAL ORDER

THIS MATTER COMING before the Court on Plaintiff's unopposed request for approval of the Parties' Joint Stipulation and Settlement Agreement (the "Settlement Agreement") and for dismissal, having considered the papers submitted to the Court and proceedings to date,

**THE COURT FINDS AS FOLLOWS:**

1. This Court has jurisdiction over the subject matter of the Action, the Plaintiff, and the Defendants;

2. The Parties have reached an agreement to settle all claims in the Action;

3. The Court concludes that the Plaintiff and the Collective Members are similarly situated and collective action certification for settlement purposes only is warranted; and

4. The proposed settlement is a fair and reasonable resolution and settlement of a bona fide dispute between the Parties.

**THEREFORE, IT IS HEREBY ORDERED:**

A. That all defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement filed with this Court;

B.  That the Court grants collective action certification of the Settlement Collective pursuant to 29 U.S.C § 216(b) for settlement purposes only;

C.  That pursuant to 29 U.S.C. § 201 *et seq.*, the Settlement Agreement is fair, reasonable, and adequate to the named Plaintiff and the Collective Members, and in their best interests, and in full compliance with all requirements of due process and federal law. The Settlement Agreement is approved in all respects and its terms and provisions shall be consummated;

D.  The Court approves the settlement payments to be made to each Opt-In Plaintiff;

E.  That Collective Members shall have sixty (60) days after the date of mailing of the Notice and Claim Form to submit the Claim Form for the purpose of receiving a Settlement Payment;

F.  The Court approves the Collective Representative Service Award to the Named Plaintiff in the amount of $7,500.00, as compensation for her time, aid and assistance in prosecution the Action;

G.  The Court approves the payment of attorneys' fees in the amount of $150,000.00 and costs not to exceed $12,500.00;

H.  That, except as otherwise provided in the Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs;

I.  That this Court bars and permanently enjoins the named Plaintiff and all Collective Members who participate in the settlement from filing or prosecuting any action or proceeding, whether by way of a class, collective or as an individual, against any of the Released Parties for liability based upon the settled claims, upon satisfaction of all payments and obligations hereunder;

J.  That the Court hereby dismisses with prejudice the Action, all claims contained

1

therein, including, without limitation, all class claims, and all settled claims against Released Parties. This Order dismissing with prejudice all claims brought in this lawsuit shall not impact the rights of any persons who have not participated in this settlement.

I. This Order resolves all issues in the case and closes the action.

DATED: November 20, 2018

_____
Hon. John Z. Lee
United States District Judge